### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEATHER DUFFY,** | : |
| **Plaintiff,** | :  CIVIL ACTION |
| v. | :  No. 2:17-CV-04468-CFK |
| **BRAVOSOLUTION US, INC.,** | : |
| **Defendant.** | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Heather Duffy and Defendant BravoSolution US, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that this Civil Action shall be DISMISSED WITH PREJUDICE and without costs taxed against any party.

Respectfully submitted,

| | |
|---|---|
| /s/*Katherine Hartman* | /s/*Sherri A. Affrunti* |
| Katharine Hartman | Sherri A. Affrunti |
| Dilworth Paxson LLP | Reed Smith LLP |
| 1500 Market Street, Suite 3500E | 136 Main Street, Suite 250 |
| Philadelphia, PA 19102 | Princeton, NJ 08540 |
| Tel: (215) 575-7133 | 609-514-5950 |
| khartman@dilworthlaw.com | saffrunti@reedsmith.com |
| *Attorneys for Plaintiff Heather Duffy* | *Attorneys for Defendants BravoSolution, US, Inc.* |
| Dated: December 14, 2018 | Dated: December 6, 2018 |

APPROVED AND SO ORDERED this ____ day of _____, 2018:

_____
HONORABLE CHAD F. KENNEY